GEORGE C. ANDREWS, Respondent, *v.* FRANK R. PIERSON, as President of the VILLAGE OF TARRYTOWN, et al., Appellants.

*Andrews* v. *Pierson,* 174 App. Div. 478, affirmed.

(Argued December 5, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in a taxpayer's action under section 1925 of the Code of Civil Procedure. The judgment in substance determined that the resolution of the board of trustees of the village of Tarrytown adopted on the 4th day of January, 1916, fixing the salary of the defendant William B. Moorhouse as police justice for

the term commencing January 1, 1916, at $1,000 per year, payable monthly, was absolutely void and constituted a waste of and injury to the estate, funds and other property of the said village, and enjoined and restrained the said board of trustees from performing any of the conditions of said resolution, and from paying to said William B. Moorhouse as police justice any salary in excess of fifty-five dollars per month during his term of office of four years, and restrained and enjoined said William B. Moorhouse from collecting for his salary as police justice during his term of office any sum in excess of fifty-five dollars per month as provided by resolution of the board of trustees of said village of Tarrytown adopted December 12, 1911.

*Hugh A. Thornton* and *Clarence S. Davison* for appellants.

*George C. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.